IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED

JUN 2 6 2023

IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N.C.

By

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:23CR230-1 |
| | : | |
| JAHEIM AMAD BADGER | : | |

The Grand Jury charges:

On or about November 9, 2022, in the County of Davidson, in the Middle District of North Carolina, JAHEIM AMAD BADGER knowingly did possess in and affecting commerce a firearm, that is, a Smith & Wesson .40 caliber handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

1.      The allegations contained in this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the offense alleged in this Indictment, the defendant, JAHEIM AMAD BADGER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), all right, title and

interest in and to any firearm or ammunition involved in or used in the commission of the offense.

3. The property subject to forfeiture pursuant to paragraph 2 above may include, but shall not be limited to, the following:

      a. Smith & Wesson, Model M&P Shield M2.0, .40 caliber semiautomatic pistol bearing serial number HYP2502.

      b. Seven rounds of assorted ammunition.

All in accordance with Title 18, United States Code, Section 924(d), Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: June 26, 2023

SANDRA J. HAIRSTON

United States Attorney

BY: MARY ANN COURTNEY
Special Assistant United States Attorney

A TRUE BILL:

FOREPERSON

2